IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:19-mj-00131-EFB-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| TERRY DAVID HAYES, | ) | |
| | ) | |
| Defendant. | ) | |

The court appointed the Federal Defender to represent the defendant on August 16, 2019. The Federal Defender has determined this case should go to the panel. CJA Panel attorney Donald P. Dorfman is hereby appointed effective August 20, 2019, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 8/20/2019

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge